IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00226-M

| | | |
|---|---|---|
| DAWUD Y. DEJESUS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

This matter comes before the court on Defendant's Consent Motion for Remand [DE 18] pursuant to 42 U.S.C. § 405(g) and Plaintiff's Motion for Judgment on the Pleadings Under Rule 12(c) of the Federal Rules of Civil Procedure [DE 16]. Defendant believes remand "is warranted for further administrative action." Plaintiff, through counsel, consents to Defendant's motion.

For good cause shown, Defendant's Motion is GRANTED. The court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings consistent with this order. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). In light of this order, Plaintiff's Motion is DENIED AS MOOT.

The Clerk of Court is DIRECTED to enter a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this case.

SO ORDERED this 6th day of October, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE