IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00226-M

| | | |
|---|---|---|
| DAWUD DeJESUS, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
|       Defendant. | ) | |

This matter comes before the court on the parties' Stipulation for Payment of Attorney Fees, Costs, and Expenses Under the Equal Access to Justice Act [DE 24]. Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,621.30 ($6,600.00 in attorney's fees and $21.30 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff shall also be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. Plaintiff's Application for Attorney's Fees and Expenses Under the Equal Access to Justice Act [DE 21] and motion for Bill of Costs [DE 22] are therefore DENIED AS MOOT.

If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 6th day of January, 2022.

                                            RICHARD E. MYERS, II
                                            CHIEF UNITED STATES DISTRICT JUDGE